UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HOSSAM A ALI,

    Plaintiff,

v.

M.S.O. JENKINS et al.,

    Defendants.

Civ. No. 18-15078 (FLW) (LHG)

**MEMORANDUM AND ORDER**

    Plaintiff *pro se*, Hossam A Ali ("Plaintiff"), filed with the Court a complaint alleging claims seemingly under 42 U.S.C. § 1983, accompanied by an application to proceed *in forma pauperis*. (ECF Nos. 1 & 1-2.) Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. This case is subject to screening by the Court *sua sponte* under 28 U.S.C. § 1915(e)(2)(B), and the Court will screen the Complaint in due course.

    Therefore, IT IS, on this 24th day of October 2018,

    ORDERED that Plaintiff's application to proceed *in forma pauperis*, (ECF No. 1-2), is GRANTED; and it is further

    ORDERED that the Complaint shall be filed; and it is further

    ORDERED that **SUMMONS SHALL NOT ISSUE** at this time, as the Court has not yet completed its *sua sponte* screening; and it is further

    ORDERED that the time to serve process under Federal Rule of Civil Procedure 4(m) is hereby extended to ninety (90) days after the Court permits the Complaint to proceed; and it is further

ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

*s/Freda L. Wolfson*
FREDA L. WOLFSON
United States District Judge