[1]

NAME: HOSSAM A ALI

Case No: 3:18-CV-15078

RECEIVED
JAN 08 2021
AT 8:30
WILLIAM T. WALSH
CLERK

Honorable Judge: Louis GoodMAN,

Since the last notice I Recieved From Court

order that subpoena To be serve on the Defendent

JENKINS alMeen by the U.S Marshalls office.

On AUGUST 2019 I Fill up the subpoena and send it

to the Court;

because M.S.o JENKINS was fired from ANN Klein

Forensic center. So that, I was unable to verfy his address

or Phone number and then I wrot to the Court for

Assistant.

Since August 2019 I didn't recieve any notice

regard this Case.

Please I need to know what the hold for

and what the next step will be

Sincerely, ———— HOSSAM ALI

*[signature]*

12-29-2020

thank you.