**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOSSAM A. ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.S.O. JENKINS,<br><br>　　　　　Defendant. | Civil Action No. 18-15078 (MAS) (JBD)<br><br>**ORDER** |

This matter comes before the Court upon Plaintiff Hossam A. Ali's ("Plaintiff") unopposed Motion for Default Judgment against Defendant M.S.O. Jenkins ("Defendant"). (ECF No. 50.) After careful consideration of Plaintiff's submissions, the Court decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons outlined below,

**IT IS** on this 5th day of December 2023, **ORDERED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 50) is **GRANTED IN-PART** and **DENIED IN-PART**.

2. Default judgment is **GRANTED** as to Defendant's liability. Default judgment is otherwise **DENIED**.

3. Plaintiff is ordered to serve a copy of this Order and the accompanying Memorandum Opinion on Defendant and e-file a certification of service by **December 18, 2023**.

s/ Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**
